

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2025

No. 04-25-00113-CR

**IN RE** Daniel **PALOMO**, Jr.

Original Proceeding[1]

**ORDER**

Sitting:      Lori I. Valenzuela, Justice
               Adrian A. Spears II, Justice
               H. Todd McCray, Justice

On February 20, 2025, relator filed a petition for writ of mandamus. After considering the petition and the attached appendix, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 2, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2021-CRD-000332-D2, styled *State of Texas v. Daniel Palomo, Jr.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Joel B. Johnson presiding.